UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE SMOKE SHOP, LLC,
A Wisconsin Limited Liability Company,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA and
DRUG ENFORCEMENT ADMINISTRATION,

        Defendants.

Case No. 12-cv-1186 (RTR)

## DECLARATION OF ELIJAH F. JENKINS

In accordance with the provisions of 28 U.S.C. § 1746, I, Elijah F. Jenkins, hereby declare as follows with respect to the above-styled case:

1. I am employed as a Paralegal within the United States Department of Justice (the Department), Washington, D.C. As such, one of my responsibilities is to review and make recommendations relating to the adjudication of administrative claims presented under 28 U.S.C. § 2672 to the Department, which are based on the activities of employees of the Department.

2. All administrative tort claims under the Federal Tort Claims Act pertaining to the Department activities are handled by the Civil Division of the Department except for those claims specifically directed to activities of the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Federal Prisons Industries, the United States Marshals Service, the Drug Enforcement Administration, and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

3. I have caused the appropriate Records Systems within the Civil Division of the Department of Justice to be searched and there is no record of an administrative claim being

presented by The Smoke Shop, LLC.

4.  I declare under penalties of perjury that the foregoing is true and correct.

Executed on this 26th day of July, 2013.

ELIJAH F. JENKINS
Paralegal

2